**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Edward Dwight A/K/A Ed Dwight, Edward Joseph Dwight, Jr.

      Plaintiff,

v.

Third World Press Foundation, Inc. F/K/A Third World Press, Inc.,

      Defendant.

Civil Case No. 1:24-cv-03104

**MOTION FOR STATUS
CONFERENCE OR HEARING**

Plaintiff Edward Dwight ("Plaintiff"), by and through undersigned counsel, respectfully requests the Court set a status conference pursuant to Fed. R. Civ. P. 16(a), or a hearing pursuant to Fed. R. Civ. P. 55(b)(2) to resolve the dispute outlined in Plaintiff's March 28, 2025 Motion for Default Judgment against Defendant Third World Press Foundation, Inc. ("Defendant"). In support of this motion, Plaintiff states as follows:

1. On November 6, 2024, Plaintiff filed a two-count Complaint against Defendant seeking injunctive and monetary relief for Defendant's intentional infringement of Plaintiff's original work protected under the United States copyright law, 17 U.S.C. § 101 *et seq.*, and for false designation of origin and false endorsement under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). (Dkt. 1). Plaintiff served Defendant with the Summons and Complaint on November 8, 2024, in accordance with Fed. R. Civ. P. 4,

as evidenced by the Affidavit of Service filed with this Court on November 14, 2024. (Dkt. 8).

2. Defendant—who is not an infant, in the military, or an incompetent person—failed to appear, answer, or otherwise respond to the Complaint by the deadline of November 29, 2024.

3. On January 13, 2025, Plaintiff filed a Motion for Entry of Default against Defendant. (Dkt. 15). On January 13, 2025, the Clerk of the Court entered default against Defendant for their failure to appear or otherwise respond to the Complaint. (Dkt. 16). Defendant did not and has not responded to the entry of default.

4. On March 28, 2025, Plaintiff filed a Motion for Default Judgment seeking an award of damages and injunctive relief. (Dkt. 18).

5. Due to Plaintiff's increasing age and deteriorating health, Plaintiff requests that the Court hold a status conference to "expedit[e] disposition of the action" pursuant to Fed. R. Civ. P. 16(a), or a hearing pursuant to Fed. R. Civ. P. 55(b)(2) to determine the damages suffered by Plaintiff and effectuate judgment.

6. Pursuant to D.C.COLO.LCivR 7.1(a), Counsel for Plaintiff attempted to confer in good faith with counsel for Defendant regarding the judgment and relief requested in the Motion for Default Judgment. Counsel for Defendant has failed to reply as of the filing of this current motion.

Respectfully submitted this 1st day of July, 2025.

STUDIOIP LAW, LLC

By: /s/ Jessie L. Pellant
**Jessie L. Pellant**
Colorado Attorney Reg. No. 42096
jpellant@studioiplaw.com
**Timothy M. Sullivan**
Minnesota Attorney Reg. No. 0391528
tsullivan@studioiplaw.com
3000 Lawrence Street
Denver, CO 80205
(303) 563-5360

*Attorneys for Plaintiff*
Edward Dwight

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system which will send notice of electronic filing to all parties at the email

addresses on file with the Clerk of Court.

By: /s/ Jessie L. Pellant
Jessie L. Pellant
*Attorney for Plaintiff*