# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Edward Dwight A/K/A Ed Dwight, Edward Joseph Dwight, Jr.

    Plaintiff,

v.

Third World Press Foundation, Inc. F/K/A Third World Press, Inc.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:24-cv-03104-PAB-STV

**SECOND MOTION FOR STATUS CONFERENCE OR HEARING**

Plaintiff Edward Dwight ("Plaintiff"), by and through undersigned counsel, again respectfully requests that the Court set a status conference pursuant to Fed. R. Civ. P. 16(a), or alternatively, a hearing pursuant to Fed. R. Civ. P. 55(b)(2), to resolve the dispute outlined in Plaintiff's March 28, 2025 Motion for Default Judgment against Defendant Third World Press Foundation, Inc. ("Defendant") and determine appropriate damages. In support of this motion, Plaintiff states as follows:

1. On November 6, 2024, Plaintiff filed a two-count Complaint against Defendant seeking injunctive and monetary relief for Defendant's intentional infringement of Plaintiff's original work protected under the United States copyright law, 17 U.S.C. § 101 *et seq*., and for false designation of origin and false endorsement under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). (Dkt. 1). Plaintiff served Defendant with the Summons and Complaint on November 8, 2024, in accordance with Fed. R. Civ. P. 4,

as evidenced by the Affidavit of Service filed with this Court on November 14, 2024. (Dkt. 8).

2. Plaintiff served Defendant on November 8, 2024, and failed to appear, answer, or otherwise respond to the Complaint by the November 29, 2024 deadline. (Dkt. 8). Defendant is not an infant, in the military, or an incompetent person.

3. On January 13, 2025, Plaintiff filed a Motion for Entry of Default against Defendant. (Dkt. 15). On January 13, 2025, the Clerk of the Court entered default against Defendant for their failure to appear or otherwise respond to the Complaint. (Dkt. 16). Defendant did not and has not responded to the entry of default.

4. On March 28, 2025, Plaintiff filed a Motion for Default Judgment seeking an award of damages and injunctive relief pursuant to Fed. R. Civ. P. 55(b)(2). (Dkt. 18).

5. On July 1, 2025, Plaintiff filed a Motion for Status Conference or Hearing seeking expedited disposition pursuant to Fed. R. Civ. P. 16(a), or a hearing pursuant to Fed. R. Civ. P. 55(b)(2), due to Plaintiff's age and deteriorating health. (Dkt. 20).

6. To date, the Court has not issued an order regarding the Motion for Default Judgment, nor scheduled a hearing to determine damages.

7. Given the length of time this matter has been pending following the Entry of Default and Motion for Default Judgment, and the absence of any activity on the docket since March 2025, it is in the Court's best interest to move this case forward and bring it to resolution by scheduling a status conference or damages hearing.

8. Further, the basis for Plaintiff's subsequent Motion to keep this case progressing is that Plaintiff is 92 years old, and his health continues to decline. Over one year has passed

2

since Plaintiff filed its Complaint, and almost nine months since Plaintiff moved for a Default Judgment. Good cause exists to grant this request and to schedule a hearing, which is ultimately the first step of many to a final resolution for Plaintiff. The longer this case remains undecided, the longer Defendant benefits from Plaintiff's work without consequence.

Plaintiff respectfully requests that the Court set a status conference pursuant to Fed. R. Civ. P. 16(a); schedule a hearing to determine damages pursuant to Fed. R. Civ. P. 55(b)(2); or, in the alternative, reassign this matter as the Court deems appropriate to facilitate its prompt and efficient resolution.

Respectfully submitted this 30th day of December, 2025.

STUDIOIP LAW, LLC

By: /s/ Jessie L. Pellant

**Jessie L. Pellant**
Colorado Attorney Reg. No. 42096
jpellant@studioiplaw.com
**Timothy M. Sullivan**
Minnesota Attorney Reg. No. 0391528
tsullivan@studioiplaw.com
**Larissa M. Goodman**
Colorado Attorney Reg. No. 55222
lgoodman@studioiplaw.com
3000 Lawrence Street
Denver, CO 80205
(303) 563-5360

*Attorneys for Plaintiff*
Edward Dwight

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing with the Clerk of

the Court by using the CM/ECF system which will send notice of electronic filing to all parties at

the email addresses on file with the Clerk of Court.

By: /s/ Larissa M. Goodman
Larissa M. Goodman
*Attorney for Plaintiff*